Argued and submitted April 29, sentences vacated and remanded for resentencing June 17, 1987

STATE OF OREGON,
*Respondent,*

*v.*

JOSE ANTONIO RAMIREZ,
*Appellant.*

(C86-07-33189; CA A42098)

737 P2d 976

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. On the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted after trial to the court on the crimes of rape in the first degree and sodomy in the first degree. The court imposed separate sentences for each conviction and ordered that they be served consecutively. Defendant argues that the court erred in not stating reasons for imposing consecutive sentences, as required by ORS 137.122. The state concedes that the court erred, and we agree.

Defendant also contends that the sentences imposed were excessive. Because we remand for resentencing, that issue need not be decided.

Sentences vacated; remanded for resentencing.